■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE OLMEDO, Appellant.—Appeal by the defendant, as

limited by his motion, from a sentence of the Supreme Court, Queens County (Thomas, J.), imposed April 9, 1991.

Ordered that the sentence is affirmed *(see, People v Kazepis, 101 AD2d 816)*. Mangano, P. J., Thompson, Eiber, O'Brien and Pizzuto, JJ., concur.